UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RANDY HILLIARD,<br><br>        Petitioner,<br><br>  v.<br><br>GARY SANDOR, WARDEN,<br><br>        Respondents. | ) CV 09-7762-CBM (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: 9/21/2010

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE